NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CERNER CORPORATION,**
*Plaintiff-Appellant,*

v.

**VISICU, INC.,**
*Defendant-Cross Appellant.*

---

2011-1209, -1210

---

Appeals from the United States District Court for the Western District of Missouri in case no. 04-CV-1033, Judge Gary A. Fenner.

---

## ON MOTION

---

## ORDER

Cerner Corporation moves for a 60-day extension of time, until July 15, 2011, to file its brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 9 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Bart A. Starr, Esq.
      Colin G. Sandercock, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 0 9 2011

**JAN HORBALY**
**CLERK**